United States District Court
Eastern District of New York

**MINUTE ORDER**
**15cv3436 (JBW)(MDG) Cordero v. City of New York, et al.,**

This order summarizes rulings made on the record during a conference held on April 22, 2016. Plaintiff's [38] motion to compel and defendants' [39] cross-motion to compel are granted in part and denied in part, as discussed below.

1. Memo books of defendant officers: defendants must produce by 4/29/16 unredacted memo book entries for the tour that includes plaintiff's arrest, except for non-party pedigree information.

2. Scratch copy of arrest and complaint reports: the City must produce by 5/6/16 an affidavit from a person with knowledge that such documents concerning plaintiff's arrest were not created.

3. Precinct prisoner roster: plaintiff's request is denied, without prejudice to a further application, upon a showing of relevance by affidavit from plaintiff.

4. Arrest evidence: defendants must promptly confirm a date for inspection of the arrest evidence.

5. Records of overtime requested and received by the defendant officers: defendants must produce by 4/29/16 the records for the tour that included plaintiff's arrest.

6. Disclosure of co-defendant's identity and arrest and prosecution records: defendants must produce by 4/29/16 any documents in their possession concerning the co-defendant and may not redact identifying information, for attorney's eyes only.

7. Plaintiff's initial disclosures: the information plaintiff provided regarding the identity of witnesses and damages is sufficient. However, plaintiff is under a duty to supplement promptly if he obtains further information regarding "Mr. George."

8. Plaintiff must provide an affidavit by 5/6/16 stating that he has produced the only video footage of the incident in his possession or control and identifying, including contact information, the person with control over the video surveillance system and recordings in the store.

9. Tax and employment authorizations: plaintiff must provide executed authorizations for federal and state income tax returns and employment records only for 2014.

**SO ORDERED.**

Dated:   Brooklyn, New York
         April 22, 2016

                                    _/s/_____
                                    MARILYN D. GO
                                    UNITED STATES MAGISTRATE JUDGE