United States District Court
Eastern District of New York

MINUTE ORDER
15cv3436 (JBW)(MDG) Cordero v. City of New York, et al.,

This order summarizes rulings made on the record during a conference held on July 5, 2016. Defendants' [50] motion to preclude discovery is granted in part and denied in part, as discussed below.

1. Defendants must produce the closing report for IA 08-20922 (item #1 on page 5 of ct. doc. 50).

2. Defendants must provide to the Court for <u>in camera review</u> by 8/4/16 the charging document and/or closing report for CC220/10 (item #3); performance monitoring noted on bates stamp D 260-61; IA 2015-08235, OG 2015-4680 (item # 12); IA05-21922 (item # 16); IA12-12765 (item # 19); 2015-30282, C2015-809 (item # 22); IA07-39625 (item # 25); IA06-15753 (item #28); 12-66488 (item #33); and 14-1020 (item #34).

3. The City must produce by 7/12/16 an affidavit from an NYPD official as to any investigation that it claims was closed but was noted in the indices produced as an open investigation. Defendants must also provide revised indices reflecting this information.

4. The City must make a further search for the performance evaluations of the defendant officers for the last 5 years and provide a report to the Court by 7/12/16.

5. Defendants must produce by 7/19/16 an index for any disciplinary charges that arose since the last index provided.

6. Plaintiff must produce the first page of his federal tax return, the relevant pages of his state tax return, and all other relevant pages showing his income.

7. Defendants may, with plaintiff's consent, file a proposed order for the unsealing of the arrest and prosecution records of plaintiff's co-defendant.

**SO ORDERED.**

Dated:   Brooklyn, New York
         July 5, 2016

                                                 _/s/_____
                                                 MARILYN D. GO
                                                 UNITED STATES MAGISTRATE JUDGE