UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------ X

HECTOR CORDERO,

                                              Plaintiff,

                  -against-

CITY OF NEW YORK, Police Officer HUGO HUGASIAN, Shield No. 10228; Lieutenant CHRISTOPHER MORAN; Police Officer PAUL PALMINTERI, Shield No. 18460; Police Officer MARCO ARTALE, Shield No. 25158; Police Officer PETER RUBIN, Shield No. 00934; Police Officer JOHN ESSIG, Shield No. 08667; Officer LYNETTE REYES, Shield No. 26626; Police Officer RAUL NAREA, Shield No. 07493; JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                              Defendants.

**ORDER**

15 Civ. 3436 (JBW)(MDG)

------------------------------------------------------------------------------------ X

        All arrest and prosecution records on file with any court, police agency, prosecutor's office or state or local agency, including court transcripts, for MATTHEW NINOS, relating to an October 24, 2014 arrest in Brooklyn, NY in connection with NYPD Arrest No. K14695582 and Criminal Court Docket No. 2014KN080095, shall be produced to the Office of the Corporation Counsel of the City of New York. This production shall be made notwithstanding the sealing provisions of New York Criminal Procedure Law §160.50. Any party or entity producing these documents shall not redact information from them concerning the nature of the conduct alleged, the charges preferred or lodged, or any other information. All arrest and prosecution records produced pursuant to this Order shall be treated as "Confidential

- 2 -

Materials" pursuant to the terms of the protective order that is operable in the above captioned action.

Dated:  September 27, 2016

                                                /s/
                                                Marilyn D. Go
                                                United States Magistrate Judge