

**GABRIEL P. HARVIS**
**BAREE N. FETT**

January 10, 2017

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11211

    Re:   *Cordero v. City of New York, et al.*, 15 CV 3436 (JBW) (CLP)

Your Honor:

    I represent plaintiff in the above-referenced civil rights action. I write to respectfully request a brief adjournment of the Court-ordered deposition of defendant Reyes from January 12, 2017 to January 25, 2017. Defendants consent to this application.

    On December 9, 2016, the Court endorsed the parties' application to conduct the final deposition in this case, that of defendant Reyes, on January 12, 2017. Due to a scheduling conflict and an error by the undersigned, counsel failed to recognize that a settlement conference in a death case involving multiple participants had previously been scheduled on January 12th. Although that conference was recently adjourned, the witness is now unavailable on January 12th. The undersigned apologizes for the error.

    If it should please the Court, the parties have conferred and are available to conduct the deposition on January 25, 2017. Accordingly, plaintiff respectfully requests that the Court allow the Reyes deposition until January 25, 2017.

    Thank you for your attention to this matter.

                                                      Respectfully submitted,

                                                      Baree N. Fett

cc:    Amatullah Booth, Esq.

*So Ordered*
/s/ Cheryl Pollak
USMJ
1/11/17

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881

www.civilrights.nyc