US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: 1/23/17

TIME SPENT: _____

DOCKET NO. __15 cv 3436__

CASE: __Cordero v. City of NY__

\_\_\_\_\_ INITIAL CONFERENCE     \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE     \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE     __X__ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING     \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_\_ COMPLETED     \_\_\_\_\_ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**
- Defs' to consider proposal re: stipulation on damages
- parties to coordinate plaintiff inspection of precinct or defendants' production of photographs of precinct
- Pl. to submit affidavit stating that he has no additional videos that have not been produced