

GABRIEL P. HARVIS
BAREE N. FETT

February 2, 2017

BY ECF
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11211

    Re:    *Cordero v. City of New York, et al.*, 15 CV 3436 (JBW) (CLP)

Your Honor:

    I represent plaintiff in the above-referenced civil rights action. I write to respectfully renew plaintiff's motion for costs dated October 12, 2016. *See* Docket Entries numbered 62-67.

    The briefing of plaintiff's motion coincided with the transfer of the matter from the Hon. Marilyn D. Go to Your Honor, and plaintiff wishes to respectfully bring to the Court's attention that the motion remains pending. If it should please the Court, plaintiff can deliver a courtesy copy of the fully-briefed motion to Chambers.

    In light of the foregoing, plaintiff respectfully renews his October 12th motion for costs.

    Thank you for your consideration of this request.

                                                                         Respectfully submitted,

                                                                         Gabriel P. Harvis

cc:    Amatullah Booth, Esq.

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881

www.civilrights.nyc