US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 2/7/17

TIME SPENT: _____

DOCKET NO. 15 CV 3436

CASE: Cordero v City of N.Y.

_____ INITIAL CONFERENCE           _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE         _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE        _____ TELEPHONE CONFERENCE
_____ MOTION HEARING               _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED                    _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

_____ DISCOVERY TO BE COMPLETED BY _____
_____ NEXT CONFERENCE SCHEDULED FOR _____
_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

Def to re-depose pl. on limited issue of 20 sec. video and affidavits — within 30 days

Def to provide photos of precinct w/in 30 days

Def to provide court with subpoena for co-def. and depose him w/in 30 days

Status conf by phone 3/9 @ 11:00 a.m.