

**Courtesy Copy**

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ERICA M. HABER
*Senior Counsel*
phone: (212) 356-3545
fax: (212) 356-3509
email: ehaber@law.nyc.gov

March 6, 2017

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Hector Cordero v. City of New York, et al.
               15-CV-3436 (JBW) (CLP)

Your Honor:

        I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and am the supervisor of Senior Counsel Amatullah Booth, the attorney assigned to represent defendants City of New York, Lieutenant Moran and Officers Hugasian, Palminteri, Narca, Essig, Reyes, Rubin and Artale (hereinafter referred to collectively as "Defendants"), in the above-referenced matter. For the reasons set forth below, I write, with the consent of plaintiff's counsel, Baree Fett, Esq., to request a *sine die* adjournment of the remaining discovery deadlines, the opportunity to file a joint status report on March 24, 2017, and a 30-day adjournment of the Telephone Status Conference currently scheduled for March 9, 2017, at 11:00 a.m.

        By way of background, plaintiff alleges, *inter alia*, that he was unlawfully stopped, searched, and arrested on or about October 24, 2014, and was subsequently maliciously prosecuted. By Order dated February 7, 2017, this Court directed defendants to: (1) re-depose plaintiff on the limited issue of a video and affidavits; (2) provide photos of precinct; and, (3) provide the Court with a subpoena for co-defendant and depose him, all within 30 days. See Civil Docket Report, Minute Entry dated February 7, 2017, at Document No. 82. Unfortunately, Senior Counsel Booth has been out of the office for the past two weeks due to a death in her family, and is not expected to return to work until the week of March 13, 2017, at the earliest. Accordingly, Defendants have been unable to conduct the remaining discovery in this action.

In light of the foregoing, Defendants respectfully request that the Court adjourn the remaining discovery deadlines *sine die*, and allow the parties to file a joint status report on March 24, 2017, after Ms. Booth has returned to work, and the parties have had an opportunity to meet and confer about mutually-agreeable dates by which the parties can complete the outstanding discovery. In the event the Court is amenable to this proposal, Defendants also respectfully request that the Court adjourn the Telephone Status Conference currently scheduled for March 9, 2017, at 11:00 a.m., for approximately 30 days, to a date and time convenient for the Court.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Erica M. Haber
Senior Counsel
Special Federal Litigation Division

To: Baree Fett, Esq. / Gabriel Harvis, Esq.
*Attorneys for plaintiff*
(via ECF)

Request granted. Parties are to file a status report on March 24. Conference is adjourned to 4/17 at 930

So Ordered
/s/ Cheryl Pollak
USMJ
3/7/17

2