

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **AMATULLAH K. BOOTH**<br>*Senior Counsel*<br>phone: (212) 356-3534<br>fax: (212) 356-3509<br>email: abooth@law.nyc.gov |

March 24, 2017

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: <u>Hector Cordero v. City of New York, et al.</u>,
> 15-CV-3436 (JBW) (CLP)

Your Honor:

  I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter, writing on behalf of defendants City of New York, Lieutenant Moran and Officers Hugasian, Palminteri, Narea, Essig, Reyes, Rubin and Artale. In this capacity I submit a joint status letter with plaintiff's counsel, Baree Fett, Esq., to provide the Court with the joint status report ordered by the Court on March 7, 2017, under Docket Entry No. 84.

  The attorney of record for the defendants has returned to the office from bereavement leave. The parties have since conferred on the outstanding discovery matters in this action. The parties are in the process of finalizing dates for the plaintiff's pending deposition, production of precinct photographs, and the submission of subpoenas to the Court.

  In light of the foregoing, the parties respectfully request that the Court allow the parties to submit a status letter on April 7, 2017, to provide the court with a more comprehensive update concerning the

status of discovery in this action, in advance of the court conference scheduled in this action on April 17, 2017.

Respectfully submitted,

/s/
AMATULLAH K. BOOTH
Senior Counsel
Special Federal Litigation Division

To: VIA ECF
Harvis, Wright & Fett, LLP
Baree N. Fett, Esq
305 Broadway, 14th floor
New York, N.Y. 10007

Request granted
So Ordered

/s/ Cheryl Pollak
USMJ
3/27/17