

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **AMATULLAH K. BOOTH**<br>*Senior Counsel*<br>phone: (212) 356-3534<br>fax: (212) 356-3509<br>email: abooth@law.nyc.gov |

April 7, 2017

<u>**VIA ECF**</u>
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  <u>Hector Cordero v. City of New York, et al.</u>,
              15-CV-3436 (JBW) (CLP)

Your Honor:

      I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter, writing on behalf of defendants City of New York, Lieutenant Moran and Officers Hugasian, Palminteri, Narea, Essig, Reyes, Rubin and Artale. In this capacity I submit a joint status letter with plaintiff's counsel, Baree Fett, Esq., to provide the Court with the joint status report that was ordered by the Court on March 27, 2017, under Docket Entry No. 86.

      The parties have been diligently working to complete discovery in this action. In the process, the parties have scheduled plaintiff's deposition for April 19, 2017 at 11:00 a.m. Defendants also agreed to produce the precinct photographs to the Plaintiff, and file the so-ordered subpoena for the non-party

witness, no later than April 14, 2017, in advance of our next court conference, scheduled for April 17, 2017 at 9:30 a.m.

                                        Respectfully submitted,

                                        /s/

                                        AMATULLAH K. BOOTH
                                        Senior Counsel
                                        Special Federal Litigation Division

To:    VIA ECF
         Harvis, Wright & Fett, LLP
         Baree N. Fett, Esq
         305 Broadway, 14th floor
         New York, N.Y. 10007