US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 4/17/17

                                              TIME SPENT:_____

DOCKET NO. _15 CV 3436_____

CASE: _Cordero v City_____

_____ INITIAL CONFERENCE           _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE         _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE        _____ TELEPHONE CONFERENCE
_____ MOTION HEARING               _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED              _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

_____ DISCOVERY TO BE COMPLETED BY _____
_____ NEXT CONFERENCE SCHEDULED FOR _____
_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____     DEF. TO SERVE PL. BY:_____

RULINGS: Parties to complete pl. deposition (limit 1 hour) and deposition of co-def. on May 11 at 2:00

Conference 5/18 at 9:30