US MAGISTRATE JUDGE CHERYL L. POLLAK         DATE: 4/19/17

TIME SPENT:_____

DOCKET NO. _15 CV 3436_____

CASE: _Cordero v City_____

_____ INITIAL CONFERENCE          __✓__ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE        _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE       _____ TELEPHONE CONFERENCE
_____ MOTION HEARING              _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED            _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____       DEF. TO SERVE PL. BY:_____

**RULINGS:**

Deposit dispute resolved