US MAGISTRATE JUDGE CHERYL L. POLLAK           DATE: 5/18/17

TIME SPENT: _____

DOCKET NO. 15 CV 3436

CASE: Cordero v City

_____ INITIAL CONFERENCE         _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE       _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE      _____ TELEPHONE CONFERENCE
_____ MOTION HEARING             _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED              _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Def given until 7/21 to confer with pl counsel and file motion for summary judgment
Response due 8/4
Reply 8/18

Discovery complete with the exception of Essig deposition (2 hr limit) and if nonparty can be located