

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

AMATULLAH K. BOOTH
phone: (212) 356-3534
fax: (212) 356-3509
abooth@law.nyc.gov

July 24, 2017

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Hector Cordero v. City of New York, et. al.
         15 CV 3436 (WJB) (CLP)

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent defendants City of New York, Lieutenant Moran and Officers Hugasian, Palminteri, Narea, Essig, Reyes, Rubin and Artale (hereinafter "Defendants") in the above-referenced action. Defendants submit this letter to clarify the record, as it relates to Defendants' July 21, 2017 request for an enlargement of time to file a motion for summary judgment.

  On July 21, 2017, prior to the filing of Defendants' July 21st motion, Defendants contacted Plaintiff's Counsel by email communication, concerning the extension request. In that email, Defendants explicitly communicated their intent to request an additional enlargement of time to draft the motion, should there be no resolution reached the following week. Plaintiff explicitly stated that he would "consent to a one-week extension but will oppose *any* further

extensions."[1] Consequently, after receiving Plaintiff's position, Defendants submitted their extension request to the Court, seeking both a one-week extension on consent, and an additional extension should the Parties fail to reach an agreement, not on consent. An additional extension is necessary to allow Defendants the opportunity to draft a motion, should there be no complete resolution achieved between the parties.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/

_____
AMATULLAH K. BOOTH
Senior Counsel
Special Federal Litigation Div.

Encl.

cc: (*via ECF*)
Baree Fett, Esq.
Gabriel Harvis, Esq.
*Counsel for Plaintiff*

> The Court granted an extension of two weeks until 8/4/17. No further extension will be granted.
> So Ordered
> /s/ Cheryl L. Pollak
> USMJ
> 7/25/17

---

[1] See Defs' Exhibit A, Plaintiff's Counsel's July 21, 2017 email to Defendants.