UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

HECTOR CORDERO,

                                                    Plaintiff,

-against-

CITY OF NEW YORK; Police Officer HUGO HUGASIAN, Shield No. 10228; Lieutenant CHRISTOPHER MORAN, Police Officer PAUL PALMINTERI, Shield No. 18460; Police Officer MARCO ARTALE, Shield No. 25158; Police Officer PETER RUBIN, Shield No. 00934; Police Officer JOHN ESSIG, Shield No. 08667; Police Officer LYNETTE REYES, Shield No. 26626; Police Officer RAUL NAREA, shield No. 07493; JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown,

                                                   Defendants.

---------------------------------------------------------------------- x

**STIPULATION OF PARTIAL DISMISSAL AND WITHDRAWAL**

15-CV-3436 (JBW)(CLP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 2 2017 ★
BROOKLYN OFFICE

        **WHEREAS,** plaintiff commenced this action by filing a Complaint on or about June 12, 2015, and an Amended Complaint on or about November 30, 2015, alleging that defendants City of New York, Hugo Hugasian, Christopher Moran, Paul Palminteri, Marco Artale, Peter Rubin, John Essig, Lynette Reyes and Paul Narea violated plaintiff's federal civil rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to dismiss and withdraw the claims set forth against some of the defendants in this litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, pursuant to Rule 41(a)(1)(A)(ii), as follows:

Any and all claims listed in the Amended Complaint against defendants Paul Palminteri, Marco Artale, Lynette Reyes and Paul Narea are dismissed with prejudice and without costs, expenses or fees to either party.

| | |
|---|---|
| HARVIS & FETT.<br>*Attorneys for plaintiff*<br>305 Broadway, 14th Floor<br>New York, New York 10007 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007 |
| By: *Gabriel P. Harvis*<br>    Gabriel Harvis<br>    *Attorney for plaintiff* | By: _____<br>    Amatullah Booth<br>    *Senior Counsel* |
| Dated: New York, New York<br>       _____, 2017 | Dated: New York, New York<br>       July 31, 2017 |

SO ORDERED:

_____
HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
      8\2, 2017