```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
HECTOR CORDERO

                    v                                          ORDER
                                                              CV15-3436
CITY OF NEW YORK, Police Officer
HUGO HUGASIAN et al
--------------------------------------------------X
```

**Jack B. Weinstein, Senior United States District Judge**

Argument shall be heard on September 18, 2017, at 11:15 a.m. regarding defendant's motion for partial summary judgment. The partes shall agree on a briefing schedule, or if they cannot agree, they shall apply to the Magistrate Judge for an order.

The named individual parties must appear in person at the motion hearing. Discovery shall be accelerated.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 8/15/17

