

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 23 2017 ★
BROOKLYN OFFICE

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **AMATULLAH K. BOOTH**<br>*Senior Counsel*<br>phone: (212) 356-3534<br>fax: (212) 356-3509<br>email: abooth@law.nyc.gov |

August 18, 2017

**VIA ECF**
Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**HEARING IS ADJOURNED TO 10/3/17 AT 10:30 a.m.**

*[handwritten note: The case is on Weinstein's, pure coordination, personal shall consult with the parties and set a update after the week of Sept 25, 2017 convenient to the parties and court for a new date for the hearing. Ordered MW 8/21/17]*

Re: Hector Cordero v. City of New York, et al.,
15-CV-3436 (JBW) (CLP)

Your Honor:

    I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter, writing on behalf of defendants City of New York, Lieutenant Moran and Officers Hugasian, Essig, and Rubin (hereinafter "Defendants").[1] I submit this letter respectfully requesting an adjournment of the hearing scheduled for September 18, 2017, pursuant to the Court's August 15, 2017 Order, under docket entry number 105. Plaintiff takes no position in Defendants' application.

    Matthew Modafferi, the supervisor of the undersigned, will supervise the hearing, and helped draft the motion, will be engaged in a trial before Judge Alvin K. Hellerstein, in the U.S. District Court of the Southern District of New York, which is scheduled to commence on September 18, 2017, in the Hill v. Quigley action (2012 Civ. 8691). The trial is anticipated to conclude during the week of September 25, 2017. Consequently, Defendants respectfully request an adjournment of the hearing, to a date after the week of September 25, 2017.

    Thank you for your consideration herein.

Respectfully submitted,

/s/

AMATULLAH K. BOOTH
Senior Counsel
Special Federal Litigation Division

To:    VIA ECF
        Harvis, Wright & Fett, LLP
        Baree N. Fett, Esq
        305 Broadway, 14th floor
        New York, N.Y. 10007

---

[1] Claims against Defendants Artale, Narea, Palminteri and Reyes were dismissed by Plaintiff, in his July 31, 2017 Stipulation of Partial Dismissal And Withdrawal, filed under docket entry number 99, and ordered by this Court on August 2, 2017, under docket entry number 100.