

*FILED*
*CLERK'S OFFICE*
*DISTRICT COURT E.D.N.Y.*
★ OCT 03 2017 ★
**BROOKLYN OFFICE**

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | AMATULLAH K. BOOTH<br>*Senior Counsel*<br>phone: (212) 356-3534<br>fax: (212) 356-3509<br>email: abooth@law.nyc.gov |
|---|---|---|

September 28, 2017

**VIA ECF**
Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***MOTION HEARING IS ADJOURNED TO 10/10/17 AT 12:45p.m.***

Re:   Hector Cordero v. City of New York, et al.,
        15-CV-3436 (JBW) (CLP)

Your Honor:

I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendants City of New York, Lieutenant Moran and Officers Hugasian, Essig, and Rubin (hereinafter "Defendants") in the above-referenced matter.[1] I submit this letter to respectfully request an adjournment of the hearing scheduled for October 3, 2017. Plaintiff consents to Defendants' application.

Yesterday, September 27, 2017, the undersigned suffered the loss of a loved one. Accordingly, Defendants respectfully request an adjournment of the hearing to October 10, 2017, to allow the undersigned to attend the services that are being held abroad.

I apologize for any inconvenience and thank you for your consideration herein.

Respectfully submitted,

/s/

AMATULLAH K. BOOTH
Senior Counsel
Special Federal Litigation Division

To:   Harvis, Wright & Fett, LLP (VIA ECF)
        Baree N. Fett, Esq
        305 Broadway, 14th floor
        New York, N.Y. 10007

*Please accept the court's deepest condolences. Hearing/case adjourned to Oct. 10, 2017. So ordered.*
*JWeinstein 10/2/17*

---

[1] Plaintiff's claims against Defendants Artale, Narea, Palminteri and Reyes were dismissed on August 2, 2017, under docket entry number 100.