DATE 10/10/17

BEFORE JUDGE Weinstein   AT 12:45 A.M/P.M.

C/R or ~~ECR~~ M. Lucchese   MAG. _____

CIVIL CAUSE FOR MOTION HEARING

Docket Number CV15-3436

Title: Hector Cordero vs. City of N.Y. et al

(Pltff.) (Deft.) _____ motion for summary judgment

Appearances: For Pltff. Gabriel Harvis

For Deft. Auvatullah Sooth

___✓___ Case called.   ___✓___ Parties Sworn   ___✓___ Evidentiary Hearing Held.

___✓___ Counsel for all sides present.

_____ Counsel for _____ not present.

___✓___ Motion argued.   _____ Motion Granted   _____ Motion Denied.

_____ Decision reserved.

___✓___ Order to be submitted by Court.

_____ Case adjourned to _____ for _____

___✓___ Other jury selection and trial 1/22/18 at 2pm. In limine motions will be heard on 1/16/18 @ 10:30 am