

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 30 2017 ★

BROOKLYN OFFICE

| ZACHARY W. CARTER | THE CITY OF NEW YORK | AMATULLAH K. BOOTH |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | *Senior Counsel* |
| | 100 CHURCH STREET | phone: (212) 356-3534 |
| | NEW YORK, NY 10007 | fax: (212) 356-3509 |
| | | email: abooth@law.nyc.gov |

October 16, 2017

**VIA ECF**
Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hector Cordero v. City of New York, et al.,
15-CV-3436 (JBW) (CLP)

Your Honor:

I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendants City of New York, Lieutenant Moran and Officers Hugasian, Essig, and Rubin (hereinafter "Defendants") in the above-referenced matter.[1] I submit this letter to respectfully request an adjournment of the January 22, 2018 trial date. Plaintiff does not consent to Defendants' application.

After the October 10, 2017 hearing, defendants learned that one of the defendant officers, Lieutenant Christopher Moran, will be on vacation from January 19th to 26th. In addition, retired defendant Officer Hugo Hugasian will be on vacation from February 4th to 11th. Accordingly, defendants respectfully request to have the trial adjourned to the week of Monday, February 19, 2018, or a date sometime shortly thereafter. This adjournment will not affect the other dates set by the Court, specifically the in limine hearing scheduled for January 16, 2018.

I apologize for any inconvenience and thank the Court for its consideration herein.

*Adjournment granted. Case Coordinator, [illegible] however, shall fix in limine and trial dates after consulting counsel. So ordered. /s/ JBW 10/24/17*

Respectfully submitted,

/s/

AMATULLAH K. BOOTH
Senior Counsel
Special Federal Litigation Division

To: Harvis, Wright & Fett, LLP (VIA ECF)
Baree N. Fett, Esq
305 Broadway, 14th floor
New York, N.Y. 10007

---

[1] Plaintiff's claims against Defendants Artale, Narea, Palminteri and Reyes were dismissed on August 2, 2017, under docket entry number 100.

