UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR CORDERO,<br><br>          Plaintiff,<br><br>– against –<br><br>THE CITY OF NEW YORK, Police Officer HUGO HUGASIAN, Shield #10228; Lieutenant CHRISTOPHER MORAN; Police Officer PETER RUBIN, Shield # 00934; and Police Officer JOHN ESSIG, Shield #08667, individually and in their official capacity as New York City Police Officers,<br><br>          Defendants. | **ORDER**<br><br>15-CV-3436<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ OCT 31 2017 ★<br><br>BROOKLYN OFFICE |

  Defendants' motion to adjourn is granted.

  Trial for phase I shall commence on February 20, 2018 in Courtroom 10 B South. A jury shall be selected that morning by the magistrate judge.

  A hearing on motions *in limine* and all other pre-trial issues shall be held on February 12, 2018, at 10:30 a.m. in Courtroom 10 B South. Plaintiff and individual defendants shall be present with counsel.

  The parties shall exchange and file with the court by February 5, 2018, the following: (1) motions *in limine*; (2) lists of pre-marked exhibits proposed for use at the trial, together with copies of the exhibits, and any stipulations regarding admissibility and authenticity; (3) lists of proposed witnesses together with brief summaries of their proposed testimony; and (4) stipulations with respect to undisputed facts.

  The parties may submit motions challenging the court's decision to provide a bifurcated trial.



The parties shall agree on a briefing schedule. If they cannot agree all scheduling issues are respectfully referred to the magistrate judge.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: October 31, 2017
Brooklyn, New York