

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | AMATULLAH K. BOOTH<br>*Senior Counsel*<br>phone: (212) 356-3534<br>fax: (212) 356-3509<br>email: abooth@law.nyc.gov |
|---|---|---|

November 13, 2017

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   Hector Cordero v. City of New York, et al.,
              15-CV-3436 (JBW) (CLP)

Your Honor:

      I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York, Lieutenant Moran and Officers Hugasian, Essig, and Rubin in this action. I write to respectfully request an adjournment of the status conference scheduled for November 21, 2017. Plaintiff takes not position concerning Defendants' application.

      On October 27, 2017, Plaintiff filed a motion seeking additional discovery in this action. See Docket Entry No. 119. Later that day the Court scheduled a status conference for November 9, 2017, in connection with Plaintiff's motion. See Oct. 27, 2017 ECF Docket Entry. The Court adjourned the November 9, 2017 status conference to November 21, 2017, due to a scheduling conflict. See Nov. 7, 2017 ECF Docket Entry. The undersigned is unavailable to attend the conference on November 21, 2017 due to an important doctor's appointment. Consequently, the Defendants respectfully request an adjournment of the status conference to the week of December 11, 2017, preferably the morning of December 11th or anytime on December 12th through 15th of 2017.

      Defendants thank the Court for its consideration herein.

                                               Respectfully submitted,
                                                 /s/
                                                 AMATULLAH K. BOOTH
                                                 Senior Counsel
                                                 Special Federal Litigation Division

To:    VIA ECF
         Harvis, Wright & Fett, LLP
         Baree N. Fett, Esq
         305 Broadway, 14th floor
         New York, N.Y. 10007