

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AMATULLAH K. BOOTH**
*Senior Counsel*
phone: (212) 356-3534
fax: (212) 356-3509
email: abooth@law.nyc.gov

November 30, 2017

<u>**VIA ECF**</u>
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>Hector Cordero v. City of New York, et al.</u>, 15-CV-3436 (JBW) (CLP)

Your Honor:

I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Lieutenant Moran and Officers Hugasian, Essig, and Rubin in the above-referenced matter. Defendants submit this letter to respectfully request a brief extension of time, from December 1, 2017 until December 6, 2017, to respond to the Plaintiff's November 27, 2017 *Monell* demands. (Docket Entry No. 128). Plaintiff takes no position concerning Defendants' application.

A brief extension is needed because the undersigned has to file a motion in connection with a different matter, due on December 1, 2017. The undersigned also will be in a deposition for the majority of the day tomorrow, December 1, 2017. Moreover, additional time is needed to confer with the NYPD concerning the requests made by Plaintiff and the City's objection and response. Consequently, Defendants respectfully request an extension of time, from December 1, 2017 until December 6, 2017, to file a response to Plaintiff's *Monell* demands.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/
AMATULLAH K. BOOTH
Senior Counsel
Special Federal Litigation Division

To:   **VIA ECF**
Harvis, Wright & Fett, LLP
Baree N. Fett, Esq
305 Broadway, 14th floor
New York, N.Y. 10007