UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

HECTOR CORDERO,

                        Plaintiff,         **NOTICE OF APPEARANCE**

      -against-                    15 CV 3436 (JBW)(CLP)

CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **PHILIP R. DePAUL**, Senior Counsel, hereby appears and should be added as additional counsel of record, on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants City of New York, Lieutenant Christopher Moran, Police Officer John Essig, Police Officer Hugo Hugasian, and Police Officer Peter Rubin.

Dated:        New York, New York
                January 9, 2018

                                            ZACHARY W. CARTER
                                            Corporation Counsel
                                                of the City of New York
                                            *Attorney for Defendants*
                                            100 Church Street, Rm. 3-219
                                            New York, New York 10007
                                            (212) 356-2413
                                            pdepaul@law.nyc.gov

                                            By:        /s/
                                                       _____
                                            PHILIP R. DePAUL
                                            Senior Counsel
                                            Special Federal Litigation Division

cc:     Gabriel P. Harvis, Esq., *Attorney for Plaintiff* (by ECF)
         Baree N. Fett, Esq., *Attorney for Plaintiff* (by ECF)