UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

HECTOR CORDERO,

                               Plaintiff,

                -against-

THE CITY OF NEW YORK, Police Officer HUGO HUGASIAN, Shield #10228; Lieutenant CHRISTOPHER MORAN; Police Officer PETER RUBIN, Shield # 00934; and Police Officer JOHN ESSIG, Shield #08667, individually and in their official capacity as New York City Police Officers,

                               Defendants.

**NOTICE OF APPEARANCE**

15-CV-3436 (JWB) (CLP)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **BRIAN FRANCOLLA**, Senior Counsel, hereby appears as additional counsel of record on behalf of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants.

Dated:      New York, New York
                January 25, 2018

                                ZACHARY W. CARTER
                                Corporation Counsel of the City of New York
                                Attorney for Defendants
                                100 Church Street
                                New York, New York 10007
                                (212) 356-3527

                                By:        /s/

                                Brian Francolla
                                *Senior Counsel*

cc: Gabriel Harvis, Esq. (by ECF)
   Baree Fett, Esq.
   Harvis & Fett LLP
   305 Broadway, 14th floor
   New York, New York 10007