**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

HECTOR CORDERO,

                            Plaintiff,

        - against-

CITY OF NEW YORK, et al.,

                          Defendants.
-------------------------------------------------------------X

**ORDER**
**CV-15-3436 (JBW)**

**TISCIONE, Magistrate Judge:**

       The undersigned magistrate judge has been assigned to conduct a jury selection in the above-captioned case which will commence at 9:30 a.m. on February 20, 2018 in Courtroom 2F North. All parties are to appear in the courtroom no later than 9:15 a.m. Counsel are directed to submit, no later than 12:00 p.m. on February 15, 2018, any questions they wish prospective jurors to be asked during *voir dire*. Only questions specifically addressing the issues to be tried should be submitted; routine questions are not necessary.

       **SO ORDERED.**

                                                            s/
                                            **STEVEN M. TISCONE**
                                            **UNITED STATES MAGISTRATE JUDGE**

**Dated: Brooklyn, New York**
       **February 8, 2018**