DATE 2/12/18

BEFORE JUDGE Weinstein   AT 11:45 A.M/~~P.M.~~

C/R or ~~ECR~~ V. Torres Cotton   MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV15-3436

Title: Hector Cordero vs. City of N.Y. et al

(Pltff.) (Deft.) _____ motion for in limine motions

Appearances: For Pltff. G. Harvis

For Deft. Brian Francolla

✓ Case called.   ✓ Parties Sworn   ✓ Evidentiary Hearing Held.

✓ Counsel for all sides present.

___ Counsel for _____ not present.

✓ Motion argued.   ___ Motion Granted   ___ Motion Denied.

___ Decision reserved.

___ Order to be submitted by _____.

___ Case adjourned to _____ for _____

✓ Other Decision the record