2½ hrs.

DATE: 2/20/18

BEFORE JUDGE Weinstein    AT: 2:00 A.M./P.M.

COURT REPORTER C. Heading

## CIVIL CAUSE FOR TRIAL

Docket Number CV15-3436

Title: Hector Cordero vs. City of N.Y. et al

Appearances:
For Pltff: G. Harris; B. Fett
For Deft: D. Francolla; P. DePaul
Other:

- ✓ Case called.
- ✓ All parties present.
- ___ Counsel for _____ not present.
- ✓ Trial ordered and begun.
- ___ The following jurors were selected and sworn:
  1. ___  7. ___
  2. ___  8. ___
  3. ___  9. ___
  4. ___  10. ___
  5. ___  11. ___
  6. ___  12. ___
- ✓ Pltff. opens.
- ✓ Deft. opens.
- ___ Deft. waives opening.

✓ Jurors 3, 12, 17 & 18 are excused.