UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

HECTOR CORDERO

    -vs-

NEW YORK CITY et al

------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 27 2018 ★
BROOKLYN OFFICE

Order of Sustenance, Lodging,
& Transportation

CV15-3436

IT IS ORDERED that the Marshal supply proper

( ) LODGING

(XXX) SUSTENANCE

( ) TRANSPORTATION

to the ( 12 ) jurors empaneled in the above entitled case,

Dated: 2/23/18
       Brooklyn, New York

---

( ) During trial

(XXX) Deliberating

( ) Sequestered

(XXX) Breakfast

(XXX) Lunch

( ) Dinner

( ) Other

_____
U. S. District Judge