UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR CORDERO,<br><br>                              Plaintiff,<br><br>– against –<br><br>THE CITY OF NEW YORK, Police Officer HUGO HUGASIAN, Shield #10228; Lieutenant CHRISTOPHER MORAN; Police Officer PETER RUBIN, Shield # 00934; and Police Officer JOHN ESSIG, Shield #08667, individually and in their official capacity as New York City Police Officers,<br><br>                              Defendants. | **ORDER**<br><br>15-CV-3436 |



Phase 2 of the trial is canceled.  Costs and disbursements are ordered in favor of the defendants.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: February 26, 2018
       Brooklyn, New York

