AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| HECTOR CORDERO | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  CV15-3436 |
| NYC;H. HUGASIAN;C. MORAN;P. RUBIN;J. ESSIG | ) |
| *Defendant* | ) |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 09 2018 ★
BROOKLYN OFFICE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __All defendants__ recover costs from the plaintiff *(name)* __Hector Cordero__

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge __JACK B. WEINSTEIN__ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: __2/23/18__

*Jack B. Weinstein* (signature)

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

