UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

HECTOR CORDERO,

                              Plaintiff,

                    -against-

Police Officer HUGO HUGASIAN, Shield #10228;
Lieutenant CHRISTOPHER MORAN; Police Officer
PETER RUBIN, Shield # 00934; and Police Officer
JOHN ESSIG, Shield #08667, individually and in their
official capacity as New York City Police Officers,

                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPLICATION
FOR COSTS SOUGHT
AGAINST PLAINTIFF**

15-CV-3436 (JBW) (CLP)

**PLEASE TAKE NOTICE** that, upon defendants' Bill of Costs, the Declaration of Philip DePaul dated May 21, 2018, and the exhibits annexed thereto, and all other pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on June 5, 2018 at 10:00 A.M. or, as soon thereafter as counsel may be heard at a time and date to be determined as convenient by the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1 and 28 U.S.C. §§ 1920 and 1923 granting fees and costs sought by the defendants and granting such other relief that this Court deems proper.

Date:  New York, New York
         May 21, 2018

                              **ZACHARY W. CARTER**
                              Corporation Counsel of the City of New York
                              *Attorney for Defendants*
                              100 Church Street
                              New York, New York 10007
                              Tel.: (212) 356-2413

                              By:
                                                               /s
                                    Philip DePaul
                                    *Senior Counsel*
                                    *Special Federal Litigation Division*

- 2 -

To:    <u>VIA ECF</u>
Gabriel Paul Harvis, Esq.
Baree N Fett, Esq.
Harvis & Fett, LLP
305 Braodway, 14th floor
New York, NY 10007
Tel.: (212) 323-6880
Fax: (212) 323-6881
*Attorneys for Plaintiff*

15-CV-3436 (JBW) (CLP)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HECTOR CORDERO,

                              Plaintiff,

                        -against-

Police Officer HUGO HUGASIAN, Shield #10228; Lieutenant CHRISTOPHER MORAN; Police Officer PETER RUBIN, Shield # 00934; and Police Officer JOHN ESSIG, Shield #08667, individually and in their official capacity as New York City Police Officers,

                              Defendants.

## NOTICE OF APPLICATION FOR COSTS, BILL OF COSTS, AND DECLARATION IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFF AND ANNEXED EXHIBITS

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Philip DePaul*
*Tel: (212) 356-2413*
*NYCLIS No. 2015-030294*

*Due and timely service is hereby admitted.*

New York, N.Y. ................................................................................, 201..

.................................................................................................... Esq.

Attorney for ........................................................................................