UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR CORDERO,<br><br>         Plaintiff,<br><br> – against –<br><br>THE CITY OF NEW YORK, Police Officer HUGO HUGASIAN, Shield #10228; Lieutenant CHRISTOPHER MORAN; Police Officer PETER RUBIN, Shield # 00934; and Police Officer JOHN ESSIG, Shield #08667, individually and in their official capacity as New York City Police Officers,<br><br>         Defendants. | **ORDER**<br><br>15-CV-3436<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ AUG 20 2018 ★<br><br>BROOKLYN OFFICE |

**Jack B. Weinstein, Senior United States District Judge:**

  Defendants seek costs and fees after a defense judgement following a jury trial. Plaintiff disputes entitlement to costs on the grounds of timeliness, indigence, public importance, and discovery misconduct.

  "[C]osts may be denied because of misconduct by the prevailing party, the public importance of the case, the difficulty of the issues, or the losing party's limited financial resources." *Whitfield v. Scully*, 241 F.3d 264, 270 (2d Cir. 2001), *abrogated on other grounds by Bruce v. Samuels*, 136 S. Ct. 627, (2016). Plaintiff's income for 2017 was below the federal poverty level and the costs sought by defendants are approximately 75% of plaintiff's yearly income. *See* 2017 Tax Return, ECF No. 181, Ex. 2.

  The case was litigated in good faith and was of public importance. Plaintiff cites to several newspaper articles reporting on the case. *See* Plt.'s Br., ECF No. 181.

  Because of plaintiff's financial hardship and the public interest in the case, costs will not be imposed.



SO ORDERED.

_____
Jack B. Weinstein
Senior United States District Judge

Dated: August 16, 2018
       Brooklyn, New York